In the Matter of the Appraisal of the Property of JOSHUA T. GORSLINE, Deceased, Subject to Taxation under the Taxable Transfer Act, Chapter 60, Article 10, Consolidated Laws.

STATE TAX COMMISSION, Appellant; Executors of JOSHUA T. GORSLINE, Deceased, Respondents.

PER CURIAM. We have reached the conclusion that the value of testator's stock of Scrantom's, Incorporated, should be arrived at as follows:

Value of stock:

| | | |
|---|---:|---:|
| Assets (as per Exhibit 1) | $454,265 | 85 |
| Deduct liabilities (as per Exhibit 1, plus taxes) | 62,020 | 89 |
| Book value of stock | $392,244 | 96 |
| Add value of good will as computed below | 9,566 | 04 |
| | $401,811 | 00 |

Value of each share...................... $66 97

Value of good will:

| | | |
|---|---:|---:|
| Net profits for 1922 (Exhibit 4) | $36,326 | 00 |
| Net profits for 1923 (Exhibit 4) | 27,543 | 36 |
| Total for two years | $63,869 | 36 |
| Average annual net profits for the two years | 31,934 | 68 |

Book value of capital stock:

1922

| | | | |
|---|---:|---:|---:|
| Stated capital (Exhibit 5) | $349,376 60 | | |
| Surplus (Exhibit 5) | 4,000 00 | | |
| Undivided profits 1922 (Exhibit 5) | 11,325 00 | | |
| Book value of capital stock 1922 | | $364,701 60 | |

1923

| | | | |
|---|---:|---:|---:|
| Stated capital (Exhibit 5) | $349,376 60 | | |
| Surplus (Exhibit 5) | 4,000 00 | | |
| Undivided profits 1923 (Exhibit 5) | 27,543 36 | | |
| Book value of capital stock 1923 | | 380,919 96 | |
| Total for two years | | $745,621 56 | |

Average book value of capital stock for the two years...................................... 372,810 78

Six per cent interest on average capital...................... 22,368 64

Difference between average net profits and interest on average capital.............................................. $9,566 04

Good will factor 1 year.

Value of good will.................................... $9,566 04

Value of testator's 2,500 shares............. $167,425 00

The learned surrogate determined as matter of fact that the " good will factor," being the number of years purchase to be used as a multiple in computing the value of the good will, should be one. A majority of the justices of this court find no sufficient reason to disturb this finding. The decree should be modified accordingly, and as so modified, affirmed, without costs. All concur, except

Crouch, J., who dissents from so much of the determination as affirms the surrogate's decision as to the factor, and is of the opinion that it should be two, instead of one. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ. Decree modified in accordance with the opinion, and as modified affirmed, without costs of this appeal to either party.